IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARTILLIS MITCHELL,

    Petitioner,

v.

                                                  Case No. 19-cv-245-bbc

REED A. RICHARDSON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Artillis Mitchell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| s/ | 1/4/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |